UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| -v.- | : | 09 Cr. 965 (JGK) |
| SHIVA SHARMA,<br>  a/k/a "Luis Khan,"<br>  a/k/a "Edward Gonzalez," | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - -x

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney Kan M. Nawaday, of counsel, it is hereby ORDERED that the time from February 8, 2011 through March 15, 2011 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will permit the Government and the defense to arrange the disposition of the case.

SO ORDERED.

_____
John G. Koeltl, U.S.D.J.

Dated:  New York, New York
        February 2, 2011

*Conference adjourned to 3/15/11 at 4:30 P.M. Trial adjourned to a date to be set at the next conference, if necessary.*

*2/2/11                    SO ORDERED
                           [signature] Koeltl
                           U.S.D.J.*